IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| SEMCRUDE, L.P., *et al.*, | Case No. 08-11525 (BLS) |
| Debtors. | Jointly Administered |
| BETTINA M. WHYTE, as the Trustee, on behalf of the SemGroup Litigation Trust, | |
| Plaintiff, | Adversary No. 10-50840-BLS |
| v. | |
| C/R ENERGY COINVESTMENT II, L.P., C/R SEMGROUP INVESTMENT PARTNERSHIP, L.P., RITCHIE SG HOLDINGS LLC, SGLP HOLDING, LTD., SGLP US HOLDING, LLC and DOE DEFENDANTS, 1-100, | |
| Defendants. | |
| BETTINA M. WHYTE, as the Trustee, on behalf of the SemGroup Litigation Trust, | |
| Plaintiff, | Adversary No. 10-51808-BLS |
| v. | |
| COTTONWOOD PARTNERSHIP, LLP, ROSENE FAMILY, L.L.C., SATCO INVESTMENTS, L.L.C., and DOE DEFENDANTS, 1-100, | |
| Defendants. | |

## NOTICE OF TRIAL SUBPOENA OF BANK OF AMERICA, N.A.

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7045, Plaintiff Bettina M. Whyte, as the Trustee of the SemGroup Litigation Trust, hereby requests that Bank of America produce a representative to appear on its behalf for trial in the above captioned matter at the United States Bankruptcy Court for the District of Delaware, 824 Market ST N, 6th Floor, Courtroom #1, Wilmington, DE 19801, at 9:00 a.m. on April 22, 2013 and April 23, 2013. The representative Bank of America presents for trial will be expected to testify on Bank of America's behalf on the topics listed in Schedule A to the subpoena.

DATED: April 12, 2013

BLANK ROME, LLP

Bonnie Glantz Fatell (No. 3809)
David A. Dorey (No. 5283)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

QUINN EMANUEL URQUHART &
R. Brian Timmons (admitted pro hac)
Eric D. Winston (admitted pro hac)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Plaintiff Bettina M. Whyte,
Trustee of the SemGroup Litigation Trust*